## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William R. Crouch, an individual,                    Civil No. 12-1648 (RHK/JJG)
Debra L. Crouch, an individual,

                    Plaintiffs,          **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

vs.

Alternative Mortgage Options, Inc.,
a Minnesota corporation, Key Community
Bank, a Minnesota banking company, Bank of
America, N.A., a national banking association,
f/k/a Countrywide Home Loans Servicing, LP, a
Texas limited partnership,

                    Defendants.


     The above-entitled matter has been assigned to the undersigned, a Judge of

the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned

recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of

Cases Order dated December 19, 2008, the above-captioned action shall be

resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in

the above-captioned case.

Dated:  July 9, 2012


                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge