## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| William R. Crouch, an individual,<br>Debra L. Crouch, an individual, | Civil No. 12-1648 (RHK/JJG) |
| Plaintiffs, | **DISQUALIFICATION AND<br>ORDER FOR REASSIGNMENT** |
| vs. | |
| Alternative Mortgage Options, Inc.,<br>a Minnesota corporation, Key Community<br>Bank, a Minnesota banking company, Bank of<br>America, N.A., a national banking association,<br>f/k/a Countrywide Home Loans Servicing, LP, a<br>Texas limited partnership, | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 9, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
